UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN FELDESMAN, JESSYKA DENNIS, and MEE-LAI BALES,<br><br>                                  Plaintiffs,<br><br>   -against-<br><br>INTERSTATE HOTELS LLC,<br><br>                                  Defendant. | Civil Action No. 1:16-cv-09352-ER<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

       **IT IS HEREBY STIPULATED AND AGREED**, between Schwartz Perry & Heller LLC, attorneys for Plaintiffs, and LeClairRyan, attorneys for Defendant, that the time period of which Defendant is to respond to Plaintiffs' Complaint is hereby extended twenty-six (26) days, from January 5, 2017 to January 31, 2017. Should Defendant respond to Plaintiffs' Complaint by filing a motion, the parties will confer and agree on a proposed briefing schedule that they will submit to this Court for approval.

IT IS on this ___ day of _____, 20__,

**SO ORDERED:**

_____
Honorable Edgardo Ramos
United States District Judge

The undersigned consent to the form and substance of this Order.

**LECLAIRRYAN**
John E. Mancebo, Esq.
885 Third Avenue, Sixteenth Floor

New York, NY  10022
Telephone: (212) 634-5024
Facsimile: (212) 634-5054
Attorneys for Defendant

By: _____
    John E. Mancebo

Dated:  January 3, 2017
    New York, New York


**SCHWARTZ PERRY & HELLER LLC**
Davida S. Perry, Esq.
295 Madison Avenue
New York, NY  10017
Telephone: (212) 889-6565

By: _/Davida S. Perry_____
    Davida S. Perry (1879)

Dated:  January 3, 2017
    New York, New York